IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARION DALLAS SOUTH,

    Plaintiff,

v.                                                  4:12cv303-WS

DR. STELLA RODRIGUEZ, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed February 25, 2013. The magistrate judge recommends that the plaintiff's case be dismissed without prejudice for abuse of the judicial process and for failure to prosecute. The plaintiff's copy of the report and recommendation was returned to the court as undeliverable. Doc. 8.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's amended report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's motion (doc. 2) for leave to proceed in forma pauperis is DENIED.

3. The plaintiff's complaint and this action are DISMISSED for abuse of the judicial process, for failure to prosecute, and for failure to provide the court with a valid mailing address.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. Dismissal of the plaintiff's case shall operate as a "strike" pursuant to 28 U.S.C. §1915(g).

DONE AND ORDERED this __21st__ day of __March__, 2013.

                         s/ William Stafford
                         WILLIAM STAFFORD
                         SENIOR UNITED STATES DISTRICT JUDGE